UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHERRIE ANN LEUCHT, | ) |
| Plaintiff, | ) |
| | ) Cause No.: 1:18-cv-1908 |
| v. | ) |
| MENARD, INC., | ) |
| Defendant. | ) |

**PETITION FOR REMOVAL OF ACTION**

Comes now Defendant, Menard, Inc., by its counsel, and for its Petition for Removal of Action, states as follows:

1. On May 14, 2018, Plaintiff filed her Complaint in the Marion Superior Court 13 under Cause Number 49D13-1805-CT-018658. Plaintiff Sherrie Ann Leucht alleges that she sustained damages as a result of an incident at a Menard store.

2. Defendant Menard, Inc. is incorporated under the laws of the State of Wisconsin with its principal place of business is in Eau Claire, Wisconsin.

3. Plaintiff Sherrie Ann Leucht is a citizen of the State of Indiana.

4. This cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

5. Pursuant to Local Rule 81.1, Defendant certifies that to the best of its knowledge, information, and belief, the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff's Complaint for Damages has an open prayer for damages and alleges that Plaintiff "sustained severe and permanent injuries," as well as "significant pain and suffering," and will incur additional medical expenses in the future.

7. Defendant Menard, Inc. was served with Plaintiff's Complaint on June 1, 2018.

8. The undersign counsel accepted defense of this matter on June 2, 2018. Counsel promptly communicated with Plaintiff's counsel to establish the amount in controversy and have not received a response to date.

9. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. and are attached as Exhibit "A".

10. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Marion Superior Court 13 that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, Menard, Inc., prays that the entire state court action under Cause No: 49D13-1805-CT-018658 now pending in the Marion Superior Court 13 of Indiana be removed to this Court for all further proceedings.

Dated this 21st day of June, 2018.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Jessica N. Hamilton*
    Jessica N. Hamilton (#34268-71)
    Leslie B. Pollie (#25716-49)
    *Attorneys for Defendant Menard, Inc.*

**KOPKA PINKUS DOLIN PC**
550 Congressional Blvd., Suite 310
Carmel, IN 46032
(317) 818-1360/Fax: (317) 818-1390
jnhamilton@kopkalaw.com
lbpollie@kopkalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2018, a true and correct copy of the foregoing was electronically served upon the following using the Court's CM/ECF system:

Michael E. Morken
Attorney at Law
2162 North Meridian Street, Suite A
Indianapolis, IN  46202
mmorken@hotmail.com

/s/ Jessica N. Hamilton
Jessica N. Hamilton, (#34268-71)

**KOPKA PINKUS DOLIN PC**
550 Congressional Blvd., Suite 310
Carmel, IN 46032
(317) 818-1360/Fax: (317) 818-1390
jnhamilton@kopkalaw.com